

**ORDERED in the Southern District of Florida on August 19, 2014.**

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUNTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE: DAVID F. DAMERAU,                Case No. 12-33800-BKC-JKO

Debtor.                                 Chapter 7
_____/

### ORDER ON TRUSTEE AND FPH'S MOTION FOR CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY BY GADDIS CAPITAL CORPORATION AND DAVID S. HARRIS, ESQUIRE

This matter came before the Court on Tuesday, June 10, 2014 on the joint motion of Leslie S. Osborne, Chapter 7 Trustee (hereinafter "Trustee"), and Creditor FPH Properties, LLC ("FPH Properties"), for violation of the automatic stay ("Contempt Motion") (Dkt 293). The Court having reviewed the docket, being familiar with the pleadings, having heard argument and proffer of counsel, and entering interim orders (Dkt. 308 and 319) it is

**ORDERED AND ADJUDGED**, for the reasons set forth more fully in the record, that

1. The Contempt Motion is GRANTED in part and DENIED in part.

2. David S. Harris, Esq. shall pay the amount of One Thousand Dollars ($1,000.00) to the estate within thirty (30) days as a sanction.

-2-

3. Gaddis Capital Corporation is not in contempt of court. The actions taken in its name were not authorized by Gaddis Capital Corporation and it bears no responsibility for anything that occurred in connection with this matter.

4. The Court shall consider relief against Debtor David F. Damarau relating to this matter following receipt of an appropriate Motion for Order to Show Cause from counsel for the Trustee and FPH.

# # #

Copy to: Counsel for the Trustee and FPH Properties is directed to serve copies of this conformed Order on all interested parties and file a certificate of service with the Court.