

**ORDERED in the Southern District of Florida on August 19, 2014.**

John K. Olson, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUNTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE: DAVID F. DAMERAU,    Case No. 12-33800-BKC-JKO

    Debtor.    Chapter 7

_____/

## ORDER DENYING DEBTOR'S MOTION TO REMOVE AND DISQUALIFY SPECIAL COUNSEL CHRISTIAN A. PETERSEN, ESQ., HACKLEMAN, OLIVE & JUDD, P.A., AND FPH PROPERTIES LLC POWERS

This matter came before the Court on Friday, August 8, 2014 on Debtor David F. Damerau's Motion to Remove and Disqualify Special Counsel Christian A. Petersen, Esq., Hackleman, Olive & Judd, P.A., and FPH Properties LLC Powers ("Debtor's Motion") (Dkt 322). The Court having reviewed the docket, being familiar with the pleadings, and having heard argument and proffer of counsel, it is

**ORDERED AND ADJUDGED** that

1.    Debtor's Motion is DENIED for the reasons stated on the record.

# # #

Copy to:    Counsel for the Trustee is directed to serve copies of this conformed Order on all interested parties and file a certificate of service with the Court.