United States Bankruptcy Court
Southern District of Florida

In re:                                                                    Case No. 12-33800-JKO
David F. Damerau                                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-0        User: weldonm         Page 1 of 2           Date Rcvd: Aug 19, 2014
                            Form ID: pdf004       Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2014.
db             David F. Damerau,    POB 39619,    Fort Lauderdale, FL   33339-9619
aty            Steven H. Friedman,    P.O. Box 1203,    West Palm Beach, FL   33402-1203,    UNITED STATES
aty           +Stuart M. Gold, Esq.,    5801 NW 151 St. # 307,    Miami Lakes, FL 33014-2476
aty           +Thomas M. Messana, Esq.,    401 E Las Olas Blvd # 1400,    Fort Lauderdale, FL 33301-2218
cr            +Broward County,    c/o Hollie N Hawn Esq,    115 S Andrews Ave #423,
                Fort Lauderdale, FL 33301-1826
sp            +Christian Petersen,    2438 E Las Olas Blvd,    Ft. Lauderdale, FL 33301-1573
cr            +CitiMortgage, Inc.,    c/o Andrea S. Hartley,    One SE 3rd Ave 25th Floor,    Miami, FL 33131-1700
cr            +Comerica Bank,    c/o David Hywel Leonard,    4221 W Boy Scout Blvd #1000,    Tampa, FL 33607-5780
intp          +David S Harris,    6431 SW 39 Street,    Miami, FL 33155-4813
cr            +FPH Properties, LLC,    c/o Christian A. Petersen,    2438 E Las Olas Blvd,
                Ft. Lauderdale, FL 33301-1573
cr            +GMAC Mortgage, LLC,    Elizabeth R. Wellborn, P.A.,    c/o Taji S. Foreman Esq,
                350 Jim Moran Blvd #100,    Deerfield Beach, FL 33442-1721
cr            +Gaddis Capital Corporation,    c/o Stuart M. Gold, Esq.,    5801 NW 151 Street, Ste. 307,
                Miami Lakes, FL 33014-2476
cr            +Gaddis Capital Corporation,    221 W Oakland Park Blvd,    Ft. Lauderdale, FL 33311-1757
cr            +Green Tree Servicing, LLC.,    c/o Teresa M. Hair,    POB 25018,    Tampa, FL 33622-5018
cr            +UBT Sebastian Landings, LLC,    c/o Christian A. Petersen,    2438 E Las Olas Boulevard,
                Ft. Lauderdale, FL 33301-1573
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: rmscedi@recoverycorp.com Aug 20 2014 00:54:47      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2 Ave #1120,    Miami, FL 33131-1605
cr             E-mail/Text: cio.bncmail@irs.gov Aug 20 2014 00:57:22      Internal Revenue Service,
                c/o D'Aun E. Clark, Esquire,    1000 S. Pine Island Rd. Ste. 300,    Plantation, FL  33324
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2014 at the address(es) listed below:
              Andrea S. Hartley    on behalf of Creditor    CitiMortgage, Inc. andrea.hartley@akerman.com
              Brett D Lieberman    on behalf of Plaintiff    UBT Sebastian Landings, LLC
               blieberman@messana-law.com,
               thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tm
               essana@bellsouth.net
              Brett D Lieberman    on behalf of Creditor    UBT Sebastian Landings, LLC
               blieberman@messana-law.com,
               thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tm
               essana@bellsouth.net
              Brett D Lieberman    on behalf of Creditor    FPH Properties, LLC blieberman@messana-law.com,
               thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tm
               essana@bellsouth.net
              Brett D Lieberman    on behalf of Plaintiff    FPH Properties, LLC blieberman@messana-law.com,
               thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tm
               essana@bellsouth.net
              Brett D Lieberman    on behalf of Plaintiff    FPH Properties, Inc. blieberman@messana-law.com,
               thurley@messana-law.com;emair@messana-law.com;nbarrus@messana-law.com;tmessana@messana-law.com;tm
               essana@bellsouth.net
              Christian A Petersen    on behalf of Plaintiff Leslie S Osborne, Chapter 7 Trustee
               christian@olive-law.com,  stacey@olive-law.com
```

```
District/off: 113C-0          User: weldonm              Page 2 of 2           Date Rcvd: Aug 19, 2014
                              Form ID: pdf004            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Christian A Petersen    on behalf of Plaintiff    FPH Properties, LLC christian@olive-law.com,
               stacey@olive-law.com
              Christian A Petersen    on behalf of Trustee Leslie S Osborne christian@olive-law.com,
               stacey@olive-law.com
              Christian A Petersen    on behalf of Plaintiff    UBT Sebastian Landings, LLC
               christian@olive-law.com,    stacey@olive-law.com
              Christian A Petersen    on behalf of Creditor    UBT Sebastian Landings, LLC
               christian@olive-law.com,    stacey@olive-law.com
              Christian A Petersen    on behalf of Creditor    FPH Properties, LLC christian@olive-law.com,
               stacey@olive-law.com
              Christian A Petersen    on behalf of Plaintiff    FPH Properties, Inc. christian@olive-law.com,
               stacey@olive-law.com
              David Hywel Leonard, Esq    on behalf of Creditor    Comerica Bank hleonard@cfjblaw.com,
               lrodriguez@cfjblaw.com;tpaecf@cfdom.net
              David W. Langley    on behalf of Defendant David F. Damerau dave@flalawyer.com,
               emily@flalawyer.com;monica@flalawyer.com
              Hollie N Hawn, Esq    on behalf of Creditor    Broward County hhawn@broward.org,
               swulfekuhle@broward.org
              Hylton  Wynick    bkadmin@zuckerforensics.com
              Jordan L Rappaport, Esq    on behalf of Trustee Leslie S Osborne
               rappaport@kennethrappaportlawoffice.com
              Kenneth W. Lockwood, Esq.    on behalf of Creditor    Green Tree Servicing, LLC. bk@dczahm.com
              Leslie S Osborne    osbornetrustee@kennethrappaportlawoffice.com,
               lso@trustesolutions.com;lo@trustesolutions.net
              Leslie S. Osborne, Esq.    on behalf of Trustee Leslie S Osborne
               rappaport@kennethrappaportlawoffice.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Stan  Riskin    on behalf of Defendant Estelita  Reynoso stan.riskin@gmail.com,
               davsav@gmail.com;Notices4ECF@gmail.com;sgoldstein@slriskinlaw.com;daphnekernisant@gmail.com
              Stan  Riskin    on behalf of Defendant Felix  Reynoso stan.riskin@gmail.com,
               davsav@gmail.com;Notices4ECF@gmail.com;sgoldstein@slriskinlaw.com;daphnekernisant@gmail.com
              Steven H Friedman, Esq    on behalf of Attorney Steven H. Friedman steven@stevenfriedmanlaw.com
              Stuart M. Gold, Esq.    on behalf of Creditor    Gaddis Capital Corporation sgold@swglawyers.com
              Taji S Foreman, Esq.    on behalf of Creditor    GMAC Mortgage, LLC tforeman@erwlaw.com,
               jbuchanan@kahaneandassociates.com;ixarias@kahaneandassociates.com;lbetancourt@kahaneandassociates
               .com
              Thomas M. Messana, Esq.    on behalf of Creditor    UBT Sebastian Landings, LLC
               tmessana@messana-law.com,
               emair@messana-law.com;blieberman@messana-law.com;thurley@messana-law.com;tmessana@bellsouth.net;n
               barrus@messana-law.com;ekates@bakerlaw.com;jmoremaley@messana-law.com;tzeichman@messana-law.com
              Zana Michelle Scarlett    on behalf of U.S. Trustee    Office of the US Trustee
               Zana.M.Scarlett@usdoj.gov
                                                                                             TOTAL: 29
```



**ORDERED in the Southern District of Florida on August 19, 2014.**

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUNTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE: DAVID F. DAMERAU,                Case No. 12-33800-BKC-JKO

    Debtor.                                              Chapter 7
_____/

### ORDER ON TRUSTEE AND FPH'S MOTION FOR CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY BY GADDIS CAPITAL CORPORATION AND DAVID S. HARRIS, ESQUIRE

This matter came before the Court on Tuesday, June 10, 2014 on the joint motion of Leslie S. Osborne, Chapter 7 Trustee (hereinafter "Trustee"), and Creditor FPH Properties, LLC ("FPH Properties"), for violation of the automatic stay ("Contempt Motion") (Dkt 293). The Court having reviewed the docket, being familiar with the pleadings, having heard argument and proffer of counsel, and entering interim orders (Dkt. 308 and 319) it is

**ORDERED AND ADJUDGED**, for the reasons set forth more fully in the record, that

1.    The Contempt Motion is GRANTED in part and DENIED in part.

2.    David S. Harris, Esq. shall pay the amount of One Thousand Dollars ($1,000.00) to the estate within thirty (30) days as a sanction.

      3.     Gaddis Capital Corporation is not in contempt of court. The actions taken in its name were not authorized by Gaddis Capital Corporation and it bears no responsibility for anything that occurred in connection with this matter.

      4.     The Court shall consider relief against Debtor David F. Damarau relating to this matter following receipt of an appropriate Motion for Order to Show Cause from counsel for the Trustee and FPH.

# # #

Copy to:    Counsel for the Trustee and FPH Properties is directed to serve copies of this conformed Order on all interested parties and file a certificate of service with the Court.